UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BALL MEMORIAL HOSPITAL, *et al.*,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>MICHAEL O. LEAVITT,[1]  )<br>)<br>Secretary, U.S. Department of  )<br>Health and Human Services,  )<br>)<br>Defendant.  )<br>) | Civil Action No. 04-2254 (RMC) |

### ORDER

For the reasons stated in the Memorandum Opinion filed concurrently herewith, it is hereby

**ORDERED** that Defendant's Motion to Dismiss [Dkt. #10] is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiffs' Motion for Summary Judgment [Dkt. #14] is **DENIED**; and it is

**FURTHER ORDERED** that this case is closed and shall be removed from the docket of this Court.  This is a final, appealable Order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED**.

Date: September 22, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge

---

[1] Michael O. Leavitt is substituted for his predecessor, Tommy G. Thompson, as Secretary of the Department of Health and Human Services, pursuant to Fed. R. Civ. P. 25(d)(1).